# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2008

Clifford W. Taylor,
Chief Justice

137195

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE EXECUTIVE MESSAGE            SC: 137195
of GOVERNOR REQUESTING the
AUTHORIZATION of a CERTIFIED QUESTION

_____/

      The Governor's September 2, 2008 Executive Message, pursuant to MCR 7.305(A)(1), requested this Court to authorize the Court of Appeals to certify a question relating to the removal proceeding to be conducted by the Governor against the Mayor of Detroit. On the same date, the plaintiff Mayor filed a claim of appeal in *Detroit Mayor v Governor* (Court of Appeals Docket No. 287462) and, by peremptory order of September 2, 2008, the Court of Appeals affirmed the Wayne Circuit Court and denied the plaintiff Mayor's motion for a stay. On September 3, 2008, the plaintiff Mayor filed in this Court (Docket No. 137197) an emergency application for leave to appeal from that Court of Appeals decision. This Court denied that application on September 4, 2008. Accordingly, in response to the Executive Message, we respectfully decline the request to authorize the certified question because it is effectively moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2008            *Corbin R. Davis*
                                  Clerk

p0903